

1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   KATHERINE TANAKA
3  Assistant Federal Public Defender
   Nevada State Bar No. 14655
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Katherine_Tanaka@fd.org

7  Attorney for Hector Estrada-Iglesias

8

   UNITED STATES DISTRICT COURT
9
   DISTRICT OF NEVADA
10
                                              2:19-mj-0650-BNW
11 UNITED STATES OF AMERICA,
                                              Case No. N4/7538589
12         Plaintiff,
                                              **STIPULATION TO CONTINUE
13     v.                                     BENCH TRIAL**

14 HECTOR ESTRADA-IGLESIAS,                   **(First Request)**

15         Defendant.

16

17     IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

18 Trutanich, United States Attorney, and Rebecca Clinton, Assistant United States Attorney,

19 counsel for the United States of America, and Rene L. Valladares, Federal Public

20 Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Hector

21 Estrada-Iglesias, that the bench trial currently scheduled on April 10, 2019, at the hour of 8:45

22 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than forty-

23 five (45) days.

24     This Stipulation is entered into for the following reasons:

25     1.   Counsel for the defendant needs the additional time to review, investigate, and

26 discuss the case with Mr. Estrada-Iglesias.

2. The defendant is not in custody and does not oppose a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

DATED this 3rd day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By _/s/ Sylvia of Shv for_<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By _/s/_<br>REBECCA CLINTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ESTRADA-IGLESIAS,<br><br>Defendant. | Case No. N4/7538589<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs the additional time to review, investigate, and discuss the case with Mr. Estrada-Iglesias.

2. The defendant is not in custody and does not oppose a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, April 10, 2019 at 8:45 a.m., be vacated and continued to __7/03/19__, at __8:45__ _a_.m.

DATED this __9th__ day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE