```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org
```

Attorney for Hector Estrada-Iglesias

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-0650-BNW |
| Plaintiff, | Case No. N4/7538589 |
| v. | **STIPULATION TO CONTINUE BENCH TRIAL** |
| HECTOR ESTRADA-IGLESIAS, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rebecca Clinton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Hector Estrada-Iglesias, that the bench trial currently scheduled on July 3, 2019, at the hour of 8:45 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs the additional time to prepare for bench trial.
2. The defendant is not in custody and does not oppose a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the second request for a continuance of the bench trial.

DATED this 21st day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Sylvia A. Shi for<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/<br>REBECCA CLINTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ESTRADA-IGLESIAS,<br><br>Defendant. | Case No. N4/7538589<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs the additional time to review, investigate, and discuss the case with Mr. Estrada-Iglesias.

2. The defendant is not in custody and does not oppose a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, July 3, 2019 at 8:45 a.m., be vacated and continued to __8/28/19__, at __8:30__ a.m.

DATED this __25th__ day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE